# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.   2022 CW 0865

VERSUS

TEXAS BRINE COMPANY, LLC

**AUGUST 16, 2022**

---

In Re:   Texas  Brine  Company,  LLC,  applying  for  supervisory
writs,  23rd  Judicial  District  Court,  Parish  of
Assumption, No. 34265.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND LANIER, JJ.**

 **WRIT   GRANTED.**   The   district   court's   August   11,   2022
judgment,  granting  Legacy  Vulcan,  LLC's  Motion  in  Limine  to
Preclude  Proffer  of  Evidence  Relative  to  Dismissed  Claims  is
reversed.   Louisiana   Code   of   Civil   Procedure   article   1636
provides,  "[w]hen  the  court  rules  against  the  admissibility  of
any  evidence,  it  shall  either  permit  the  party  offering  such
evidence  to  make  a  complete  record  thereof,  or  permit  the  party
to  make  a  statement  setting  forth  the  nature  of  the  evidence."
The  word  "shall"  is  mandatory.  **Sanchez  v.  Georgia  Gulf  Corp.,**
2002-1617  (La.  App.  1st  Cir.  8/13/03),  853  So.2d  697,  704.
Accordingly,  the  district  court  is  instructed  to  allow  Texas
Brine  Company,  LLC  to  either  offer  such  evidence  to  make  a
complete  record  thereof  or  to  make  a  statement  setting  forth  the
nature of the evidence.

**JMM**
**GH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT